UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Robert E. Haines,
      Plaintiff

      v.                                    Civil No. 01-187-M
                                            Opinion No. 2002 DNH 004X
State Employees Association
      of New Hampshire, et al.,
      Defendants


## O R D E R

I herewith approve and adopt the Report and Recommendation of Magistrate Judge Muirhead dated December 10, 2001. The case is dismissed. This dismissal counts as a strike against the plaintiff under 28 U.S.C. § 1915(g).


      **SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

January 4, 2002

cc:  Robert E. Haines, pro se